# RETURN

Case No.: 24-04381MB

☒ FILED ☐ LODGED
May 07 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5-7-24 | 5-7-24  11:45 AM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / E. Paszno

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Packaging material
385 grams Steroids

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 5-7-24

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title